## (December 3, 1959)

■ THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH THOMAS.— Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM J. BURKE, Alias WILLIAM MURPHY.— Motion to dismiss appeal granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ DAVE FLEISCHER, Individually and as Receiver, v. N. T. A. PICTURES, INC., et al.— Motion granted insofar as to dispense with the printing of the record on appeal and permitting the appeal to be heard upon the original record, but upon printed appellant's points on condition that the appellant files with the court at the time of the filing of the original record on appeal 19 printed copies of the pleadings, the opinion of the court below and the affidavits on which the motion for summary judgment was based. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE WATERS.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, except that a certified copy of the information shall be substituted in place of the original information, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK BARTONE.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of HARRY I. GREENE against PEOPLE OF THE STATE OF NEW YORK et al.— Motion for modification of a prior order of this court and to dispense with printing appellant's points, etc. denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ ANGELO DE GARO v. ANTOINETTE MARINO et al.— Motion granted insofar as to dispense with printing of the exhibits enumerated in the moving affidavit of Edward S. Marshall, on condition that the originals thereof shall be filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE TORMOS et al., against COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK et al.— Motion by New York Foundling Hospital to dismiss appeal granted unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 21, 1960, with notice of argument for February 2, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.